**Wayne EDDLEMON, Petitioner–Appellant,**

v.

**L.E. FLEMING, Warden, Federal Medical Center—Fort Worth, Respondent–Appellee.**

No. 04–10200.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 20, 2004.

Wayne Eddlemon, # 23004–112, Fort Worth, TX, pro se.

Before SMITH, DeMOSS and STEWART, Circuit Judges.

PER CURIAM: [*]

Wayne Eddlemon, federal prisoner # 23004–112, appeals the dismissal of his 28 U.S.C. § 2241 petition in which he challenged the loss of good-time credits following his disciplinary conviction for fighting. In his petition, he argued that because he was a pretrial detainee at the time that he committed the offense that led to his disciplinary conviction and because he had not been sentenced to a term of imprisonment at that time, the loss of good-time credits was not an available sanction.

At the time that Eddlemon was found guilty of the disciplinary case, he was a convicted and sentenced prisoner. Thus, the loss of good-time credit was an available sanction for the disciplinary case. Given the foregoing, the judgment of the district court is affirmed. *Royal v. Tombone,* 141 F.3d 596, 599 (5th Cir.1998).

AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.